UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHIFT CAPITAL, INC.

    Plaintiff,                                              Case No: 26-cv-20369

vs.

ATIF BAWAHAB, IINN, INC.,
INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC., and
INSIGHT MOBILITY, LLC

_____/

## **PLAINTIFF'S MOTION TO SEAL FILED EXHIBITS**

Plaintiff Shift Capital, Inc. ("Shift"), by and through its undersigned counsel, files this Motion to Seal Filed Exhibits ("Motion") pursuant to Fed. R. Civ. P. 5.2 and L.R. 5.4(b), and in support states as follows:

1. On January 20, 2026, Plaintiff initiated this civil action against Defendants for fraudulent inducement and unjust enrichment. ECF No. 1.

2. Plaintiff attached two Exhibits to the Complaint, which, after filing, Plaintiff learned contained unredacted sensitive personal identifiers and financial account information. ECF No. 1-1 and ECF No. 1-2.

3. Federal Rule of Civil Procedure 5.2(a) and the Southern District of Florida's CM/ECF Administrative Procedures section 6A, require redaction of certain personal data identifiers from filings made with the court.

4. Local Rule 5.4 governs filing under seal and restricted access and requires parties to comply with federal privacy rules.

2

5. The disclosure was inadvertent. Plaintiff promptly moved to address the issue and will concurrently file a Notice to Supplement the Complaint with redacted versions of the filed exhibits.

6. Good cause exists for the requested relief. Public disclosure of SSNs, EINs, and banking information poses a substantial risk of identity theft and other harm, and redaction is mandated by Fed. R. Civ. P. 5.2. Narrowly tailored redactions will not prejudice any party and will promote compliance with federal privacy protections and the Local Rules

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order: (1) granting this Motion; (2) directing the Clerk to seal the Exhibits filed at ECF No. 1-1 and ECF No. 1-2; (3) authorizing Plaintiff to file a Notice to Supplement the Complaint with redacted replacement versions of the exhibits to the Complaint, consistent with Fed. R. Civ. P. 5.2(a); and (4) granting such other and further relief as the Court deems just and proper.

Dated: January 21, 2026

Respectfully submitted,

**POLSINELLI PC**
By: */s/ Marx P. Calderón*
Marx P. Calderón
Florida Bar Number 1065228
315 S. Biscayne Blvd., Suite 400
Miami, FL 33131
Telephone: (305) 921-1825
mcalderon@polsinelli.com